RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
1/2/15

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH MIMS | CIVIL ACTION NO.: 1:13-cv-3120 |
| VERSUS | |
| WARDEN LOUISIANA STATE PENITENTIARY | JUDGE JAMES T. TRIMBLE, JR. MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Mims' petition for writ of *habeas corpus* (Doc. 1) is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 2nd day of ~~December~~ January, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE